**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Michael GLOVER, Defendant— Appellant.**

**No. 02–50078.**
**D.C. No. CR–00–00944–RSWL(1).**

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 13, 2003.*

Decided Jan. 21, 2003.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before BEEZER, KLEINFELD and PAEZ, Circuit Judges.

### MEMORANDUM **

Michael Glover appeals his guilty plea conviction for two counts of interstate transportation of a minor with intent to engage in criminal sexual activity, in violation of 18 U.S.C. § 2423(a). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Glover contends that his statements should have been suppressed because he was in custody when being interrogated but he was not advised of his *Miranda* rights. We review de novo whether a person is "in custody" for *Miranda* purposes, but review factual findings for clear error. *See United States v. Kim,* 292 F.3d 969, 973 (9th Cir.2002). The district court properly concluded that Glover was not subjected to a custodial interrogation in light of the totality of the circumstances: he was not summoned by law enforcement; not confronted with evidence of guilt; was in familiar physical surroundings; made admissions within about ten minutes of questioning; and was not physically restrained, handcuffed, or threatened with firearms. *See United States v. Hayden,* 260 F.3d 1062, 1066 (9th Cir.2001) (affirming denial of suppression, outlining relevant factors for "in custody" determination), *cert. denied,* 534 U.S. 1151, 122 S.Ct. 1117, 151 L.Ed.2d 1011 (2002).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).